IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
12:03 pm Aug 29 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR682 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | |
| DAVID JOHNSON, | ) | STIPULATION |
| Defendant. | ) | |

The United States of America and the Defendant, DAVID JOHNSON, hereby stipulate to the following:

The United States and the Defendant have agreed and stipulated that prior to the date of the crime charged in the indictment, DAVID JOHNSON was convicted of a crime punishable by a term of imprisonment exceeding one year and the Defendant had knowledge of this conviction.

APPROVED:

*Margaret A. Kane*
Margaret A. Kane
Assistant United States Attorney

*Marisa L. Serrat*
Marisa L. Serrat
Counsel for Defendant

*David Johnson*
David Johnson
Defendant